

June 6, 2011

Honorable Ellen Lipton Hollander
United States District Judge
United States District Court of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re:    *Ulyssix Technologies, Inc. v. Orbital Network Engineering, Inc. et al.*
           District of Maryland Case No. ELH-10-02091

Dear Judge Hollander:

The parties in this matter write to you now jointly to request a modification to the scheduling order in this case and to request that certain other case deadlines be continued due to ongoing settlement discussions.

As your Honor may recall, the parties held a settlement conference with Judge Gallagher on May 6, 2011. The parties agreed in advance of that settlement conference that they would limit discovery before the settlement conference to written discovery to enhance the prospect of settlement. Since the settlement conference, Judge Gallagher has continued to work with the parties, and settlement discussions are ongoing. Unfortunately, under the current scheduling order, many case deadlines are rapidly approaching. The parties believe that it would be most efficient and cost effective to postpone significant discovery and discovery expense briefly to permit further settlement discussions. Accordingly, the parties write now to request that the current scheduling order be modified to extend various case deadlines by 45 days, which will give them addition time to discuss settlement without incurring significant discovery expense.

The parties request that the court modify the scheduling order as follows:

| Deadline | Current Schedule | Modified Schedule |
| --- | --- | --- |
| Plaintiff's Rule 26(a)(2) expert disclosures | June 17, 2011 | August 2, 2011 |
| Defendants' Rule 26(a)(2) expert disclosures | July 18, 2011 | September 2, 2011 |
| Plaintiff's rebuttal Rule 26(a)(2) expert disclosures | August 2, 2011 | September 19, 2011 |
| Rule 26(e)(2) supplementation of disclosures and responses | August 9, 2011 | September 26, 2011 |
| Discovery deadline; submission of status report | September 2, 2011 | October 24, 2011 |
| Requests for admissions | September 12, 2011 | November 4, 2011 |
| Dispositive pretrial motions deadline | October 14, 2011 | November 30, 2011 |

In addition, the Court has previously approved a request to postpone the date for Plaintiff to respond to Defendants' Motion to Dismiss to June 7, 2011, and for Defendants to bring a Motion to Compel concerning Plaintiff's Responses to Defendants' Second Set of Interrogatories and Second Set of Requests for Production ("Motion to Compel") to June 15, 2011. Also to further settlement discussions, the parties request that the deadline for Plaintiff to respond to Defendants' Motion to Dismiss be extended to July 13, 2011, and Defendants' deadline to bring their Motion to Compel be extended to July 20, 2011.

The parties request that the Court adopt the new modified schedule and grant the requested extensions of time for Plaintiff to respond to the Motion to Dismiss and for Defendants to bring their Motion to Compel.

Thank you for your consideration of this matter.

Respectfully submitted,

Matthew J. Oppenheim, Esq. (Bar No. 22256)
The Oppenheim Group, LLP
7304 River Falls Drive
Potomac, MD 20854
Telephone: (301) 299-4986
Facsimile: (866) 766-1678
matt@oppenheimgroup.net

/s/ Jamie L. Dupree

Jamie L. Dupree, Esq. (*by pro hac vice*)
Futterman Dupree Dodd Croley Maier LLP
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com

*Attorneys for Defendants Orbital Engineering, Inc. and Wyle Laboratories, Inc.*



Hon. Ellen Lipton Hollander
June 6, 2011
Page 3

    /s/ Robert S. Brennen
Steven J. Kelly, Esq. Federal Bar No. 27386
Robert S. Brennen, Federal Bar No. 04499
Miles and Stockbridge PC
10 Light Street
Baltimore, MD 21202
 (410) 737-6464
rbrennen@milestockbridge.com
skelly@milesstockbridge.com

*Attorneys for Plaintiff Ulyssix Technologies, Inc.*

cc:   Richard Holzheimer, Esq. (via email)
      Daniel Herbst, Esq. (via email)