

Admitted in VA, MD, and DC

**COCHRAN & OWEN, LLC**

aowen@cochranowen.com
direct dial: 703-847-4490

September 30, 2011

The Honorable Ellen Lipton Hollander
United States District Judge
U.S. District Court of Maryland
101 W. Lombard Street
Baltimore, MD 21201

      Re:    <u>Ulyssix Technologies, Inc. v. Orbital Network Engineering, Inc.</u>, *et al.*
            District of Maryland Case No. ELH-10-02091

Dear Judge Hollander:

    Defendant Wyle Laboratories, Inc. and Plaintiff Ulyssix Technologies, Inc. jointly request a modification to the Scheduling Order in this case and that certain other case deadlines be continued as set forth below:[1]

| Deadline | Current Schedule | Modified Schedule |
|---|---|---|
| Plaintiff's Rule 26(a)(2) Expert Disclosures | October 3, 2011 | November 18, 2011 |
| Defendant's Rule 26(a)(2) Expert Disclosures | November 3, 2011 | December 20, 2011 |
| Plaintiff's Rebuttal Rule 26(a)(2) Expert Disclosures | November 18, 2011 | January 6, 2012 |
| Rule 26(e)(2) Supplementation of Disclosures and Responses | November 28, 2011 | January 13, 2012 |
| Discovery Deadline; Submission of Status Report | December 23, 2011 | February 20, 2012 |
| Requests for Admission | January 6, 2012 | February 27, 2012 |
| Dispositive Pretrial Motions Deadline | January 30, 2012 | March 19, 2012 |

---

[1] Defendant Orbital Engineering, Inc. did not timely obtain counsel pursuant to the Court's August 25, 2011 Order; consequently, Plaintiff filed a Motion for Default against Orbital on September 28, 2011. Thereafter, the Court allowed Orbital until October 11, 2011, to advise whether it intends to obtain counsel.

Dedicated to efficient and effective legal solutions

COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182-2700
p: (703)847-4480 ▪ f: (703)847-4499 ▪ www.cochranowen.com

Additionally, these parties request that Defendant Wyle Laboratories, Inc.'s Reply to Plaintiff's Opposition to Motion to Compel, currently due October 3, 2011, be continued to November 4, 2011.

These requested changes are occasioned by the anticipated departure of Defendant Orbital Network Engineering, Inc. from active participation in the case and the desire of the remaining parties to discuss an amicable resolution to this dispute. As such, the parties request that the Court adopt the new modified schedule and grant the requested extension of time.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Amy S. Owen
Amy S. Owen (#07772)
aowen@cochranowen.com
Richard D. Holzheimer
rholzheimer@cochranowen.com
Cochran & Owen LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
Ph: (703) 847-4480
Fx: (703) 847-4499

*Counsel for Wyle Laboratories, Inc.*

/s/ Steven J. Kelly
Thomas E. Lynch, III (#00138)
tlynch@milesstockbridge.com
Steven J. Kelly (#27386)
skelly@milesstockbridge.com
Miles & Stockbridge PC
10 Light Street
Baltimore, MD 21202
Ph: (410) 737-6464

*Counsel for Ulyssix Technologies, Inc.*